## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01350-JLK

TREY SHEETS,

    Plaintiff,

v.

STEAMBOAT SPRINGS, COLORADO, and
ROSS BLANK,

    Defendants.

---

## ORDER
_____

The Court declines to enter a protective order because there is no indication given of what categories of information are sought to be protected.  This is a public lawsuit in a public court.  Absent a showing that privacy interests in particular genres outweighs the public nature of a lawsuit, the need to keep information protected is not justified.

Accordingly, the Unopposed Motion for Entry of Stipulation and Protective Order (Doc. 26) is DENIED.

**DATED** this 28th day of December, 2015.

                              **BY THE COURT:**

                              _____
                              JOHN L. KANE
                              SENIOR U.S. DISTRICT COURT JUDGE